**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| | |
|---|---|
| Case No: 13-35115 SGJ Judge: STACEY G. JERNIGAN | Trustee Name: ROBERT MILBANK, JR., TRUSTEE |
| Case Name: WORLDWIDE DIAMOND VENTURES, LP | Date Filed (f) or Converted (c): 10/01/13 (f) |
| | 341(a) Meeting Date: 11/04/13 |
| For Period Ending: 03/14/18 | Claims Bar Date: 09/03/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. American National Bank of Texas - checking account | 5,501.52 | 2,048.21 | | 2,048.21 | FA |
| 2. Dell back-up drive RD 1000 | 1,909.00 | 0.00 | | 0.00 | FA |
| 3. Records of Worldwide Diamond Ventures, LP | Unknown | 0.00 | | 0.00 | FA |
| 4. Dell Asher - $1,427,748.00 | Unknown | 10.00 | | 0.00 | 10.00 |
| 5. Trustin Financial Solutions - $1,000,000.00 | Unknown | 10.00 | | 0.00 | 10.00 |
| 6. Global Reach - $3,000,000.00 | Unknown | 10.00 | | 0.00 | 10.00 |
| 7. First Purchase - $100,000.00 | Unknown | 100,000.00 | | 100,000.00 | FA |
| 8. TFC Capital - $70,000.00 | Unknown | 70,000.00 | | 0.00 | FA |
| 9. Richard Kelley - $5,000.00 | Unknown | 5,500.00 | | 5,500.00 | FA |
| 10. Records of Worldwide Diamond Ventures, LP and its | Unknown | 0.00 | | 0.00 | FA |
| 11. Paper, envelopes, stamps, thumb drive | 129.00 | 0.00 | | 0.00 | FA |
| 12. Records of Stonebridge Advisors, LLC and Worldwide | Unknown | 0.00 | | 0.00 | FA |
| 13. Accounts Receivable (u) | 0.00 | 0.00 | | 0.00 | FA |
| 14. Avoidance Action ag. J. Haynes (u) | 0.00 | 67,500.00 | | 67,500.00 | FA |
| 15. Avoidance Action Against Sharpshooter , Inc. (u) | 0.00 | 10.00 | | 0.00 | 10.00 |
| 16. Restitution Orders ag Otteson, Heimburger & Jiongo (u) | 0.00 | 10.00 | | 0.00 | 10.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $7,539.52 $245,098.21 $175,048.21 $50.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS OBTAINED DEFAULT JUDGMENTS AGAINST DELMAR ASHER (Item No. 4) IN AN AMOUNT IN EXCESS OF $2.75 MILLION AND
AGAINST TRUSTIN FINANCIAL ASSURANCE, LTD AND GLOBAL REACH INDUSTRIES, LTD (Item Nos. 5 and 6) IN EXCESS OF $1.8 MILLION.
ADDITIONALLY, TRUSTEE HAS OBTAINED A FINAL JUDGMENT AGAINST SHARPSHOOTER, II (Item No. 15) IN THE AMOUNT OF $390,000.
THE TRUSTEE HAS RETAINED SPECIAL COUNSEL, WHO HAS INITIATED COLLECTION EFFORTS WITH RESPECT TO THESE FOUR JUDGMENTS ON
A 35% CONTINGENT FEE BASIS. THE TRUSTEE IS STILL HOPEFUL THAT THESE EFFORTS MAY BEAR FRUIT.

LFORM1 Ver: 20.00g

**FORM 1**
Case 13-35115-sgj7  Doc 121  Filed 03/14/18  Entered 03/14/18 13:34:42  Desc Main
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
Document  Page 2 of 2
ASSET CASES

Page: 2

| | | | |
|---|---|---|---|
| Case No: | 13-35115  SGJ  Judge: STACEY G. JERNIGAN | Trustee Name: | ROBERT MILBANK, JR., TRUSTEE |
| Case Name: | WORLDWIDE DIAMOND VENTURES, LP | Date Filed (f) or Converted (c): | 10/01/13 (f) |
| | | 341(a) Meeting Date: | 11/04/13 |
| | | Claims Bar Date: | 09/03/14 |

CRIMINAL CONVICTIONS AGAINST CRAIG OTTESON, JAY HEIMBURGER AND CHRISTOPHER JIONGO HAVE RESULTED IN RESTITUTION ORDERS OF $4.7 MILLION. SPECIAL COUNSEL IS ALSO INVESTIGATING THE COLLECTIBILITY OF THESE ORDERS.

Initial Projected Date of Final Report (TFR): 12/31/15      Current Projected Date of Final Report (TFR): 06/30/18