BTXN 112 (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Worldwide Diamond Ventures, LP<br><br>Debtor(s) | §<br>§<br>§<br>§ | Case No.: 13−35115−sgj7<br>Chapter No.: 7 |

# ORDER APPROVING TRUSTEE REPORT AND DISCHARGING TRUSTEE

The Trustee appointed in the above listed case has filed the Trustee's Report. It is, therefore

**ORDERED** that the trustee be discharged.

DATED: 10/3/18

FOR THE COURT:
Jed G. Weintraub, Clerk of Court

by: /s/P. Bibbs−Samuels, Deputy Clerk